UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Atlas Data Privacy Corporat

*Plaintiff*

v.

Accurate Append, Inc., et al

*Defendant*

Civil Action No. 1:24-04178

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that Accurate Append, Inc., is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____

_____

_____

**OR**

✔ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

*/s/ John E. MacDonald*
Signature of Attorney

100 Charles Ewing Blvd., Suite 140
Address

Ewing, NJ 08628
City/State/Zip

March 25, 2024
Date