

John MacDonald, Partner & Office Head
Cybersecurity & Data Privacy Team
3120 Princeton Pike, Suite 301
Lawrenceville, NJ 08648
jmacdonald@constangy.com
609.454.0096

June 11, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> **Re:** *Atlas Data Privacy Corporation, et al v. Accurate Append, Inc., et al*
> **Case No. 1:24-cv-04178-HB**
> **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Accurate Append, Inc. ("Defendant") in the above-referenced matter.  We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed in the action captioned as *Atlas Data Privacy Corporation, et al. v. Costar Group, Inc., et al.*, Civil Action No. 1:24-cv-4111 (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,


*/s/ John E. MacDonald*

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team

Alabama   Arkansas   California   Colorado   District of Columbia   Florida   Georgia   Illinois
Indiana   Maryland   Massachusetts   Minnesota   Missouri   New Jersey   New York
North Carolina   Oregon   Pennsylvania   South Carolina   Tennessee   Texas   Virginia   Washington