UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

                                                **DATE OF PROCEEDING**:    October 1, 2024
**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    JOHN KURZ

**TITLE OF CASE:**                        **DOCKET NO.:** 24-4178 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
ACCURATE APPEND, INC., et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON DEFENDANTS' CONSOLIDATED
                                MOTION TO DISMISS

Hearing on Defendants' Consolidated Motion to Dismiss held on the record.
Motion taken under advisement.

                                        s/David Bruey
                                        Deputy Clerk

Time Commenced: 1:30p.m.     Time Adjourned:   4:00p.m.     Total Time in Court: 2:30