

John MacDonald, Partner & Office Head<br>
Cybersecurity & Data Privacy Team<br>
3120 Princeton Pike, Suite 301<br>
Lawrenceville, NJ 08648<br>
jmacdonald@constangy.com<br>
609.454.0096

March 19, 2025

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court
Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    *Atlas Data Privacy Corporation, et al v. Accurate Append, Inc., et al*
            Case No. 1:24-cv-04178-HB
            **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

This firm represents the defendant Accurate Append, Inc. ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc., et al.*, Civil Action No. 1:24-cv-04075 (the "Consolidated Motion to Dismiss"). For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter.

Respectfully submitted,


/s/ John E. MacDonald

John E. MacDonald
Partner & Office Head, Cybersecurity & Data Privacy Team