UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS


**CAMDEN OFFICE**

                                                    **DATE OF PROCEEDING**:    March 24, 2026

**JUDGE HARVEY BARTLE III**


**COURT REPORTER:**    META GODDARD


**TITLE OF CASE:**                          **DOCKET NO.:** 24-4178 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
ACCURATE APPEND, INC., et al.


**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   STATUS CONFERENCE

Status conference held on the record.


                                                    s/Lawrence Macstravic
                                                    Deputy Clerk


Time Commenced: 11:34a.m.      Time Adjourned: 11:36a.m.      Total Time in Court: 0:02