UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Minutes of Proceedings**

**OFFICE:** CAMDEN                    **PROCEEDING DATE**: July 30, 2026
**JUDGE  HARVEY BARTLE III**
Court Reporter: Megan McKay Soule

**TITLE OF CASE:**                    **DOCKET #:** 1:24-cv-4178 (HB)
ATLAS DATA PRIVACY CORPORATION, et al.
v.
ACCURATE APPEND, INC. et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS: STATUS CONFERENCE**

In Person Status Conference held on the record.

Time Commenced: 10:01 a.m.
Time Adjourned:     10:52 a.m.
**Total Time**: 5 Minutes

s/ Ivannya Fitzgerald
**DEPUTY CLERK**